*LAW OFFICES OF ROBERT LUBIN*
ROBERT M. LUBIN, ESQ. (055863)
JOSEPH CAMENZIND, IV (244154)
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone:  650.638-2331
Facsimile:   650.638-1005

Attorneys for Defendants
US PHARMACO DISTRIBUTION, LTD., BERNARD ARMANI, AND SHELLY LEONHARDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIORESOURCE, INC., a California corporation<br><br>            Plaintiff,<br><br>vs.<br><br>US PHARMACO DISTRIBUTION, LTD., BERNARD ARMANI, SHELLY LEONHARDT, and DOES 1 through 50<br><br>            Defendants. | CASE NO. 10-CV-01053-SI<br><br>STIPULATION AND [PROPOSED] ORDER SUBSTITUTING LAW OFFICES OF ROBERT M. LUBIN AS COUNSEL FOR DEFENDANTS US PHARMACO DISTRIBUTION, LTD, BERNARD ARMANI AND SHELLY LEONHARDT |

**STIPULATION**

The undersigned party and counsel hereby stipulate that Defendants US PHARMACO DISTRIBUTION, LTD, BERNARD ARMANI AND SHELLY LEONHARDT has retained Robert M. Lubin and the law firm of the Law Offices of Robert M. Lubin, whose address is 177 Bovet road, Suite 600, San Mateo, California 94402, whose telephone number is 650-638-2331,

1  and whose email address is **r1817@aol.com,** to represent them in place of Matthew L. Larrabee
2  and Chris Scott Graham and the law firm of Dechert LLP and hereby request the Court to permit
3  the Law Offices of Robert M. Lubin to substitute as counsel of record for Dechert LLP for
4  Defendants US PHARMACO DISTRIBUTION, LTD, BERNARD ARMANI AND SHELLY
5
6  LEONHARDT.
7        It is further agreed that this stipulation may be executed in counterparts.
8        All parties are requested to update their service lists to reflect this substitution of counsel
9  IT IS SO STIPULATED.
10
11  I consent to this substitution of counsel:
12
13  Dated: July  / , 2010                    By: _____
                                                  US PHARMACO DISTRIBUTION LTD,
14                                                Defendant
15
16
17  Dated: July  / , 2010                    By: _____
                                                  BERNARD ARMANI, Defendant
18
19
20  Dated: July  / , 2010                    By: _____
                                                  SHELLEY LEONHARDT, Defendant
21  //
    //
22  //
    //
23  //
    //
24
25
26
27  _____
28

- 2 -

I consent to this substitution and am
admitted to the bar of this Court:

LAW OFFICES OF ROBERT M. LUBIN

Dated: July _1_, 2010

By: _____
ROBERT M. LUBIN, Present Attorneys
for Defendants US PHARMACO
DISTRIBUTION LTD, BERNARD
ARMANI and SHELLEY LEONHARDT

I consent to this substitution:

DECHERT LLP

Dated: ~~July~~ June 20, 2010

By: _____
CHRIS SCOTT GRAHAM
MATTHEW LARRABEE
Former Attorneys for Defendants US
PHARMACO DISTRIBUTION LTD,
BERNARD ARMANI and SHELLEY
LEONHARDT

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: July ___, 2010

By: _____
THE HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

- 3 -