1  *LAW OFFICES OF ROBERT LUBIN*
2  ROBERT M. LUBIN, ESQ. (055863)
   JOSEPH CAMENZIND, IV (244154)
3  177 Bovet Road, Suite 600
   San Mateo CA 94402
4  Telephone: 650.638-2331
   Facsimile: 650.638-1005
5
6  Attorneys for Defendants
   US PHARMACO DISTRIBUTION, LTD., BERNARD
7  ARMANI, AND SHELLY LEONHARDT

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 BIORESOURCE, INC., a California       )  CASE NO. 10-CV-01053-SI
13 corporation                            )
                                          )  STIPULATION TO CONTINUE THE CASE
14         Plaintiff,                     )  MANAGEMENT CONFERENCE; ORDER
                                          )  THEREON
15     vs.                                )
                                          )  **[Local Rules 7-7, 7-12]**
16                                        )
   US PHARMACO DISTRIBUTION,              )
17 LTD., BERNARD ARMANI, SHELLY           )
   LEONHARDT, and DOES 1 through 50      )
18                                        )
19         Defendants.                    )
                                          )
20 _____)

21

22     WHEREAS Robert M. Lubin of the Law Office of Robert Lubin recently substituted in as

23 attorney of record for Defendants US PHARMACO DISTRIBUTION, LTD., BERNARD

24 ARMANI, and SHELLY LEONHARDT;

25

26     WHEREAS there is currently a Case Management Conference scheduled for August 13,

27

28 BIORESOURCE, INC. v. US PHARMACO DISTRIBUTION, LTD, ET. AL.
   STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER THEREON

1  2010, at 2:30 p.m., and Mr. Lubin is unavailable to attend the Case Management Conference on
2  on August 13, 2010, as he has a pre-planned family reunion in Colorado;
3
4  IT IS HEREBY STIPULATED by and between the parties, through their respective
5  counsel, that the August 13, 2010 Case Management Conference shall be continued.

6  LAW OFFICES OF ROBERT M. LUBIN

7  Dated: July 8, 2010      By: /s/ Robert M. Lubin
8  ROBERT M. LUBIN
9  JOSEPH CAMENZIND, IV
   Attorneys for Defendants US PHARMACO
10 DISTRIBUTION LTD, BERNARD
   ARMANI and SHELLEY LEONHARDT
11
12

13 HINTON COCHRAN & BORBA, LLP

14
15 Dated: July 9, 2010      By: /s/
   CHARLES D. COCHRAN
16 JOHN E. BORBA
   Attorneys for Plaintiff BIORESOURCE,
17 INC.
18

19 **[PROPOSED] ORDER**

20 PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the Case Management
21 Conference set for August 13, 2010 shall be continued to August 27, 2010.
22

23 Dated: July ___, 2010

24 By: /s/ Susan Illston
25 THE HON. SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE
26
27
28 BIORESOURCE, INC. v. US PHARMACO DISTRIBUTION, LTD, ET. AL.
   STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER THEREON

|   |   |
|---|---|
| 1 | |
| 2 | **PROOF OF SERVICE**<br>[USCS Fed Rules Civ Proc R 5§§(a)(b)(1)(B)] |

        I, Kati Moncada, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and am not a party to the within action.  My business address is 50 Old Courthouse Square, Suite 601, Santa Rosa, California.  I am readily familiar with the ordinary business practice of this office.

        On the date set forth below I served the following:

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER THEREON**

on the addressee(s) below by one or more of the following methods:

| | |
|---|---|
| Robert M. Lubin, Esq.<br>Joseph Camenzind, IV, Esq.<br>Law Offices of Robert Lubin<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402 | Attorneys for Defendants<br>US PHARMACO DISTRIBUTION, LTD.,<br>BERNARD ARMANI AND SHELLY<br>LEONHARDT |

[X]     **(BY MAIL)** I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices.  I am readily familiar with the practices of the law firm of Hinton, Cochran & Borba, LLP for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[]     **(BY PERSONAL SERVICE)**  I caused each such envelope to be delivered by hand to the addressee(s) noted above.

[]     **(BY FACSIMILE)** I caused the said document(s) to be transmitted by facsimile machine from telephone number (707) 544-7213 to the addressee noted above.

[]     **(BY FEDERAL EXPRESS PRIORITY OVERNIGHT)** I placed said document(s) in a sealed envelope, addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office, which is that correspondence for Federal Express delivery is collected and deposited with the Federal Express representative on the same day in the ordinary course of business.

[]     **(BY EMAIL)** I attached said document(s) to an email addressed as shown and sent the email for normal delivery pursuant to the ordinary business practice of this office.

        I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: July 9, 2010

*/s/ Kati Moncada*
Kati Moncada