Charles D. Cochran, SBN 98064
John E. Borba, SBN 169463
HINTON, COCHRAN & BORBA, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA 95404
(707) 544-9006 - Telephone
(707) 544-7213 - Facsimile

Attorneys for Plaintiff
BIORESOURCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIORESOURCE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>US PHARMACO DISTRIBUTION, LTD., BERNARD ARMANI, SHELLY LEONHARDT, DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 10-CV-01053-SI<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Complaint Filed: March 11, 2010 |

WHEREAS the parties have agreed to mediate this case with private mediator Jerry Spolter, Esq. of JAMS, and the parties will attempt to resolve this case in mediation;

WHEREAS there is concurrently a Case Management Conference scheduled for August 27, 2010 at 2:30 p.m.;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the August 27, 2010 Case Management Conference shall be continued to September 24, 2010 at 2:30 p.m.

Dated: August 19, 2010     HINTON, COCHRAN & BORBA, LLP

By: _____
Charles D. Cochran
Attorneys for Plaintiff
BIORESOURCE, INC., a California Corporation

1 | Dated: August _20_, 2010     LAW OFFICES OF ROBERT M. LUBIN

3 | By: _/s/ Robert M. Lubin_
Robert M. Lubin, Esq.
Joseph Camenzind, IV
Attorneys for Defendants
US PHARMACO DISTRIBUTION, LTD.,
BERNARD ARMANI, SHELLY LEONHARDT

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the Case Management Conference set for August 27, 2010 shall be continued to __Nov. 1, 2010__ @ 10:00 a.m._____.

Dated: August _____, 2010

By: _/s/ Susan Illston_
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER THEREON     2

*LAW OFFICES OF ROBERT LUBIN*
ROBERT M. LUBIN, ESQ. (055863)
JOSEPH CAMENZIND, IV (244154)
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone:  650.638-2331
Facsimile:   650.638-1005

Attorneys for Defendants
US PHARMACO DISTRIBUTION, LTD., BERNARD ARMANI, AND SHELLY LEONHARDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIORESOURCE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>US PHARMACO DISTRIBUTION, LTD., BERNARD ARMANI, SHELLY LEONHARDT, and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 10-CV-01053 SI<br><br>**CERTIFICATE OF SERVICE** |

BIORESOURCE INC v US PHARMACO, et al         CASE NO. 10-CV-01053 SI
CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 177 Bovet Road, Suite 600, San Mateo, California 94402. On August 20, 2010, I served the within document(s):

- STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER THEREON

☐ By facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (650)638-1005. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

X by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelop with postage thereon fully prepaid for deposit in the United States mail at San Mateo, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelop, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Charles D. Cochran
Rachael Erickson
HINTON, COCHRAN & BORBA, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA 95404
T: 707-544-9006
**F: 707-544-7213**

//

BIORESOURCE INC v US PHARMACO, et al        CASE NO. 10-CV-01053 SI
CERTIFICATE OF SERVICE

1    I am readily familiar with the firm's practice of collection and processing correspondence
2  for mailing and for shipping via overnight delivery service.  Under that practice it would be
3  deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in
4  an overnight delivery pick-up box or office on the same day with postage or fees thereon fully
5  paid in the ordinary course of business.
6    I declare that I am employed in the office of a member of the bar of this court at whose
7  direction the service was made.  Executed on August 20, 2010, at San Mateo, California.

                                    */s/ Patsy Nicklin*
                                    Patsy Nicklin

BIORESOURCE INC v US PHARMACO, et al          CASE NO. 10-CV-01053 SI
CERTIFICATE OF SERVICE

- 3 -